Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Mikaela Koski
Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 298-5859
mikaela@uppersevenlaw.com
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES ELVERUD, | ) |
| | ) |
| Plaintiff, | ) CV 21-123-M-DWM |
| | ) |
| vs. | ) |
| | ) **JOINT MOTION FOR** |
| LAKE COUNTY, MONTANA; | ) **MEDIATION** |
| SHERIFF DON BELL; and DOES | ) |
| 1–10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties hereby jointly move this Court, pursuant to District of Montana Local Rule 16.5(c), to order mediation before a United States Magistrate Judge and stay the proceedings and deadlines in this matter. Rule 16.5(c) provides that a court may, *sua sponte* or on the motion of a party, order the parties to participate in mediation, select the mediator, and issue appropriate orders to govern the proceedings.

On April 1, 2024, Plaintiff James Elverud filed a Second Amended Complaint. (Doc. 31.) The Court ordered Defendants to respond within 60 days. (Doc. 32.) The parties are currently engaged in and progressing with their settlement negotiations. The parties respectfully request that the Court order the parties to participate in mediation, select a mediator, and issue any other appropriate orders to govern the mediation proceedings.

Respectfully submitted this 31st day of May, 2024.

          /s/ *Mikaela J. Koski*
          Mikaela Koski
          Constance Van Kley
          Rylee Sommers-Flanagan
          UPPER SEVEN LAW

          /s/ *Timothy M. Bechtold*
          Timothy M. Bechtold
          BECHTOLD LAW FIRM

*Attorneys for Plaintiff*

 /s/ *Jason M. Collins*
    Jason M. Collins
    Robert C. Lukes
    GARLINGTON, LOHN &
    ROBINSON, PLLP

 /s/ *Jeffrey R. Kivetz*
    Jeffrey R. Kivetz
    SOTOS LAW FIRM, P.C.

*Attorneys for Defendants*