IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| JAMES ELVERUD, | ) | |
| | ) | CV 21-123-M-DWM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LAKE COUNTY, MONTANA; | ) | |
| SHERIFF DON BELL; and DOES 1–10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have filed a Joint Motion for Mediation in the above-captioned matter pursuant to District of Montana Local Rule 16.5(c). (Doc. 33.) Upon consideration of the motion and good cause shown,

IT IS ORDERED that this case is referred to United States Magistrate Judge _____ for the purpose of conducting a formal mediation conference between the parties.

Judge _____ will conduct a telephonic scheduling call on _____, 2024, at _____ a.m./p.m.

IT IS FURTHER ORDERED that all deadlines are stayed while the parties engage in mediation.

DATED this \_\_\_\_\_ day of _____, 2024.

_____
Donald W. Molloy, District Judge
United States District Court