IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES ELVERUD,<br><br>        Plaintiff,<br><br>vs.<br><br>LAKE COUNTY ET AL,<br><br>        Defendants. | CV 21–123–M–DWM<br><br><br>ORDER |

The parties, having settled all matters between them and finalized a settlement agreement, have moved to dismiss this matter with prejudice. (Doc. 41.)

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE pursuant to the terms of the settlement agreement.

DATED this 6th day of August, 2024.

_____
Donald W. Molloy
United States District Court Judge